O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHAUN R. SHAW<br>aka JAMES ROBERTSON,<br><br>          Plaintiff,<br><br>  vs.<br><br>LEROY BACA, ET AL.,<br><br>          Defendants. | CASE NO. CV 12-03781 R (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
|---|---|

      The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has filed a Notice of Non-Opposition. The Court accepts the findings and recommendations in the Report.

DATED: March 8, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE