O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN R. SHAW aka JAMES ROBERTSON,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LEROY BACA, ET AL.,<br><br>                    Defendants. | CASE NO. CV 12-03781 R (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: March 8, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE